**UNITED STATE DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **BMPTP, LLC** | * | **JUDGE:** |
|     **Plaintiff,** | * | |
| **v.** | * | **Case No. 3:18-CV-00352-JWD-RBL** |
| **RBH, INC., CMH HOMES, INC.,** | * | |
| **CMH MANUFACTURING, INC.,** | * | |
| **CMH SERVICES, INC., and** | * | |
| **NTA, INC.,** | * | |
|     **Defendants** | * | **MAG: RICHARD L. BOURGEOIS** |

# MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff BMTP, LLC, (referred to herein as "Plaintiff" or "BMTP"), for itself and as a representative of a class of persons similarly situated, who seeks leave to amend the original state court petition to name an additional defendants, assert additional claims, and causes of actions.

Since the filing of the original petition, Plaintiff has discovered the identity of an additional potentially responsible parties and seeks leave to add same as defendants herein.

Plaintiff represents that the filing of this amended petition will not cause any undue delay, nor will the defendants be unduly burdened or unnecessary prejudiced. Conversely, the Plaintiff would certainly be prejudiced if they are not allowed to clearly assert and correctly plead all facts and claims allowable against potentially responsible entities for the damages incurred due to the defendants' wrongful actions.

For all the reasons set forth herein, Plaintiff respectfully prays that leave be granted by this Court allowing the filing into the record of the attached *First Amended Class Action Petition for Damages*. Undersigned counsel represents that consent from opposing counsel in this matter was

requested to file the attached pleading, and consent was not granted, nor was any reason given for withholding consent.

Respectfully Submitted by:

**DODSON & HOOKS, LLC**

*/s/* Kenneth H. Hooks, III_____
**Kenneth H. Hooks, III, Bar Roll No. 25097**
**H. Price Mounger, III, Bar Roll No. 19077**
112 Founders Drive
Baton Rouge, LA  70810
Telephone:  (225) 756-0222
Facsimile:  (225) 756-0025
Email:   kenny@dodsonhooks.com
Email:   price@dodsonhooks.com
Web: www.dodsonhooks.com

**KRACHT & FRAZIER, LLP**

**Scott E. Frazier, Bar No. 18601**
**Eric A. Kracht, Bar No.07912**
**Jacob B. Huddleston, Bar No. 35832**
5149 Bluebonnet Boulevard
Baton Rouge, LA 70809
Tel:     (225) 293-4568
Fax:    (225) 293-4569
scottfrazier@kflawbr.com
eakracht@kflawbr.com
jhuddleston@kflawbr.com
Web: www.kflawbr.com