UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BMTP, LLC                                                    CIVIL ACTION NO.

VERSUS                                                       3:18-cv-00352-SDD-RLB

RBH, INC., CMH HOMES, INC.,
CMH MANUFACTURING, INC.,
CMH SERVICES, INC., AND
NTA, INC.

## JUDGMENT OF TRANSFER

For the written reasons assigned:

This matter is hereby dismissed from the United States District Court for the Middle District of Louisiana, and all claims are hereby TRANSFERRED to the United States District Court for the Northern District of Alabama.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana on <u>January 30, 2019</u>.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

49999